**Dexter E. DALE, Petitioner–Appellant,**

v.

**Margarita PEREZ, Chairperson, Board of Prison Terms; et al., Respondents–Appellees.**

**No. 06–56162.**

United States Court of Appeals, Ninth Circuit.

Submitted May 25, 2010.*

Filed June 18, 2010.

Dexter E. Dale, Soledad, CA, pro se.

Lora Fox Martin, Esq., AGCA—Office of the California Attorney General, San Diego, CA, Jane Catherine Malich, Esq., AGCA—Office of the California Attorney General, Los Angeles, CA, for Respondents–Appellees.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

California state prisoner Dexter E. Dale appeals pro se from the district court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253,[1] and we affirm.

Dale contends that the Board's 2001 decision to deny him parole was not supported by "some evidence" and therefore violated his due process rights. The state court did not unreasonably conclude that some evidence supports the Board's decision. *See* 28 U.S.C. § 2254(d); *see also Hayward v. Marshall,* 603 F.3d 546, 562–64, 568–69 (9th Cir.2010).

Dale's remaining contentions are unpersuasive.

Dale's request for judicial notice is denied.

**AFFIRMED.**

---

1. We certify for appeal, on our own motion, the issue of whether the 2001 decision of the California Board of Prison Terms ("Board") to deny parole violated due process.